Full opinion will be published later. Watch **Omnibus Index.**

## STATE ex BUTRAM v INDUST COMM

Ohio Supreme Court

No 22909. Decided Feb 17, 1932

## DODGE v STATE

Ohio Supreme Court

No 23023. Decided Feb 10, 1932

Marshall, CJ, Jones, Matthias, Day and Kinkade, JJ, concur. Stephenson, J, not participating.

Full opinion will be published later. Watch **Omnibus Index.**